441 A.2d 458

Commonwealth v. Adams, Appellant.

Submitted January 26, 1981. Elaine DeMasse, Assist-

ant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.